**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 914 MAL 2016

                Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

             v.   :

LEWIS JERRY HARE,   :

                Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.